UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JINGYI YANG,

           Plaintiff,

   v.

JIE CHEN,

           Defendant.

Case No. 23-cv-00604-RS

**ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND**

The previously assigned magistrate judge issued a Report and Recommendation advising that this unlawful detainer action, removed here from state court, be remanded because there is no removal jurisdiction on either federal question or diversity grounds. No objections to the Report and Recommendation have been filed, and the time for doing so has expired. For the reasons well explained in the Report and Recommendation, there is no jurisdiction. The Report and Recommendation is adopted in full. This action is hereby remanded to San Mateo Superior Court.

**IT IS SO ORDERED**.

Dated: March 17, 2023

_____
RICHARD SEEBORG
Chief United States District Judge